# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

129896

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIAM E. KASBEN,
     Plaintiff-Appellee,

v

SC: 129896
COA: 253345
Leelanau CC: 01-005583-CH

JOSEPH T. KASBEN, JOHN M.
KASBEN, and BARBARA
FIEBING,
     Defendants-Appellees,

and

BERYL W. KASBEN, a/k/a
BERYL W. HOFFMAN, a/k/a
BERYL MARLENE WILSON,
     Defendant,

and

EDWIN J. KASBEN,
     Defendant/
     Plaintiff-Appellant.

_____/

     On order of the Court, the application for leave to appeal the August 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

11023